UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WEBVENTION LLC**<br><br>    Plaintiff,<br><br>    v.<br><br>**DIRECTV, INC.**<br><br>    Defendant. | Case No.  2:11-cv-482<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Webvention LLC ("Webvention") and Defendant DirecTV, Inc. ("DirecTV, Inc.") have settled the claims asserted between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Webvention hereby moves the Court to dismiss with prejudice all claims asserted by Webvention against DirecTV, Inc., subject to the terms of that certain agreement dated December 19, 2011, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  January 10, 2012

Respectfully Submitted,

| | |
|---|---|
| **DIRECTV, INC.** | **WEBVENTION LLC** |
| By:  /s/ David M. Maiorana<br>David M. Maiorana<br>Ohio State Bar No. 0071440<br>**Jones Day**<br>North Point, 901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: dmaiorana@jonesday.com<br><br>**ATTORNEY FOR DEFENDANT<br>DIRECTV, INC.** | By:  /s/ William E. Davis, III<br>William E. Davis III<br>Texas State Bar No. 24047416<br>**The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br>Email: bdavis@bdavisfirm.com<br><br>Eric M. Albritton<br>Texas State Bar No. 00790215 |

        Stephen E. Edwards
        Texas State Bar No. 0784008
        Debra Coleman
        Texas State Bar No. 24059595
        **Albritton Law Firm**
        P.O. Box 2649
        Longview, Texas 75606
        Telephone: (903) 757-8449
        Facsimile: (903) 758-7397
        Email: ema@emafirm.com
        Email: see@emafirm.com
        Email: drc@emafirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **WEBVENTION LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of January 2012.

        /s/ William E. Davis, III
        William E. Davis, III