UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBVENTION LLC<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, INC.<br><br>    Defendant. | Case No.  2:11-cv-482<br><br>JURY TRIAL DEMANDED |

## ORDER

Having considered Plaintiff Webvention LLC ("Webvention") and Defendant DirecTV, Inc.'s ("DirecTV") Joint Motion to Dismiss based on the settlement of claims between Webvention and DirecTV, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Webvention against DirecTV are hereby dismissed with prejudice, subject to the terms of that certain agreement and dated December 19, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**So ORDERED and SIGNED this 11th day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE